UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NUMBER: G-18-22 |
| CARLOS ALBERTO GUAJARDO, ET AL. | § | |

### GOVERNMENT'S MOTION TO DISCLOSE DISCOVERY AND CONTENT OF INFORMATION OBTAINED DURING INTERCEPTION OF WIRE AND ELECTRONIC COMMUNICATIONS AND OTHER DISCOVERABLE MATERIAL PURSUANT TO PROTECTIVE ORDER

COMES NOW the United States of America through Ryan K. Patrick, United States Attorney, and Kenneth Cusick, Assistant United States Attorney, and requests the Court permit the disclosure of discoverable information and content obtained during the intercept of wire and electronic communications pertaining to the above referenced cause and all other discoverable material pursuant to a protective order restricting disclosure consistent with this motion.

Title 18, United States Code, Section 2511(1)(c)-(e) prohibits any person from disclosing or using the contents of intercepted communications, except as specifically provided by law. Subsection (e) further prohibits disclosures of intercepted communications received in connection with a criminal investigation and with intent to obstruct, impede, or interfere with a criminal investigation. Title 18, United States Code, Section 2518 (8)(b) states that applications made and orders granted shall be sealed, and disclosed only upon a showing of good cause. Therefore, THE GOVERNMENT FURTHER REQUESTS that the content of any applications, affidavits, orders, reports, and other documents related to this matter, and the contents of any duplicate recordings of

the intercepted conversations and transcripts of intercepted conversations made in connection with this case now be authorized to be made available by the United States to the defendants and their attorneys in discovery, but that this material not be discussed with or disclosed to anyone other than the named defendants and their counsel, or the staff of their counsel (full-time assistants and attorneys formally associated with the law firm), except upon the express authorization of this Court, and that under no circumstance should copies be provided to any defendant or left at the detention facility for their review. At the conclusion of each defendant's case, the Government also requests that the Court order the respective attorney to return the materials provided by the Government to the undersigned Assistant United States Attorney.

THE GOVERNMENT FURTHER REQUESTS the above-mentioned applications, affidavits, court orders, and reports, as well as the contents of duplicate recordings and transcripts made therefrom, remain sealed.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
KENNETH A. CUSICK
Assistant United States Attorney
Texas Bar No. 5295200
Southern District No. 14426
601 25th Street, Suite 227
Galveston, Texas 77550
Tel. (361) 537-9480

CERTIFICATE OF SERVICE AND CONSULTATION

I, Kenneth A. Cusick, Assistant United States Attorney, hereby certify that I have contacted each of the attorneys listed below and provided a copy of this Disclosure Motion and Protective Order, and proposed Order for their review. Further I requested each of their positions as to this motion on or before April 11, 2019, and included the responses below as well.

| Defendant | Attorney | Defense Position |
|---|---|---|
| 1. Carlos Guajardo | | **Fugitive** |
| 2. Erika Guajardo | Matthew Leeper III | Unopposed |
| 3. Cristian Guajardo | Stephen C. Martin | Unopposed |
| 4. Abel Longorria-Pena | Mark Diaz | Unopposed |
| 5. Eloy Gonzalez | Dorian Claude Cotlar | Unopposed |
| 6. Camilo Antonio Caridad | Connie Williams | Unopposed |
| 7. Cesar Ramon Flores | Robert A. Jones | |
| 8. Cristian Rebolledo | Robert Fickman | Unopposed |
| 9. Willie James Craig | **Needs Counsel** | |
| 10. Navonte Keltrone White | **Needs Counsel** | |
| 11. Alejandro Guerra-Balleaza | James Alston | Unopposed |
| 12. Eliseo Garza-Lopez | Charles Banker III | Unopposed |
| 13. Carlos Herrera-Diaz | David Paz | Unopposed |
| 14. Jesus Gerardo Martinez | Javier O. Martinez | Unopposed |
| 15. Maria Delpilar Gomez-Rodriguez | Baldemar Zuniga | Unopposed |
| 16. Roswell Ozuna Anzaldua | Ricardo Perez | Unopposed |

| | | |
|---|---|---|
| 17. Juan Francisco Maldonado | Walter McNab Miller IV | Unopposed |
| 18. Odwin Dodanim Pena | J. Gordon Dees | |
| 19. Carlos Omar Pena-Vargas | Chip Lewis/Letitia Quinones | Unopposed |
| 20. Rodrigo Celis-Almada | | **Fugitive** |
| 21. Martin Gerardo Lopez | Windi Pastorini | Unopposed |
| 22. Victor Hugo Gomez | **Attorney Unknown** | |
| 23. Emilio Ramon Torres | John Riley Friesell | Unopposed |
| 24. Joe Roy Cockerham | David Isaak | Unopposed |
| 25. Tavis Lamar Miller | | **Fugitive** |
| 26. Larry James Williams | L. Jeth Jones III | Unopposed |
| 27. Edwin Manual Vizcaino | Anthony Troiani | Unopposed |
| 28. Awni Minaya | Brandon G. Leonard | Unopposed |
| 29. Carlos Jovanni Pena Jr. | Brian S. Laviage | Unopposed |
| 30. Maria Delcarmen Hernandez | Chukwudi Egbuonu | |
| 31. Deither Osvaldo Tijerina | | **Fugitive** |
| 32. Anthony Ramone Compton | David Allen Nachtigall | Unopposed |
| 33. Gerardo Garcia | Juan L. Guerra | Unopposed |
| 34. Miriam Alvarez | Joel H. Bennett | |
| 35. Maria Guadalupe Garcia | | **Fugitive** |
| 36. Carlos Lizardi Del Valle | Robert G. Turner | Unopposed |
| 37. Alfonso Martinez | Greg Gladden | Unopposed |
| 38. Franklin Ernesto Martinez | Edward Peter Sillas | Unopposed |

| # | Defendant | Counsel | Status |
|---|---|---|---|
| 39. | Eliezer Castillo-Martinez | Dustan Orlando Neyland | Unopposed |
| 40. | Alex Castillo | Alejandro Macias | Unopposed |
| 41. | Moises Campos-Espinosa | Lindsay R. Lopez | Unopposed |
| 42. | Richard David Ortiz | Lance Nguyen | Unopposed |
| 43. | Daneri Saet Maldonado-Guillen | Marcos Adrogue | Unopposed |
| 44. | Rodrigo Rodriguez | **Needs Counsel** | |
| 45. | Keila Josefina Palomo | **Needs Counsel** | |
| 46. | Dimitriaus Peterson | Grant Hardeway Sr. | |
| 47. | Louis Ybarra | **Needs Counsel** | |
| 48. | Rene Francisco Pena | Heriberto Medrano | Unopposed |
| 49. | Darrell Breedlove | Patrick F. McCann | |
| 50. | Kenneth Roy Johnson | R. Christopher Goldsmith | Unopposed |
| 51. | Corey Eugene Lovell | Nicole DeBorde | |
| 52. | Juan Gonzales-Cardebas | Mary E. Conn | |
| 53. | Oscar Hernandez-Cervantes | Eric Reed | |
| 54. | Rolindo Hernandez | | **Fugitive** |
| 55. | Gustavo Jiminez | Ron Johnson | |
| 56. | Elmer Alexander Machado | Lance Hamm | Unopposed |

KENNETH A. CUSICK
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NUMBER: G-18-22 |
| | § § | |
| CARLOS ALBERTO GUAJARDO, ET AL. | § | |

### ORDER PERMITTING DISCLOSURE OF TIII DOCUMENTS
### PURSUANT TO PROTECTIVE ORDER

IT IS ORDERED that attorney for the United States may allow counsel for each defendant to review copies of the applications, affidavits, court orders, and reports, as well as intercepted wire and electronic communications, and transcripts of such communications, pertaining to the above-referenced cause.

IT IS FURTHER ORDERED that the content of any applications, affidavits, orders, recordings, and other documents related to this matter, and the contents of any duplicate recordings of the intercepted conversations and transcripts of intercepted conversations, or other recording made in connection with this case now made available by the United States to the defendants and their attorneys, shall not be discussed with or disclosed to anyone other than the named defendants and their counsel, or the staff of their counsel (full time assistants and attorneys formally associated with the law firm), except upon the express authorization of this Court, and further that under no circumstances shall copies be provided to any defendant or left at any detention facility for a defendant to review.

IT IS FURTHER ORDERED that the above-mentioned applications, affidavits, Court Orders, and reports, as well as the contents of duplicate recordings and transcripts made therefrom, remain sealed.

IT IS FURTHER ORDERED that any attorney receiving the above-described items not disclose any information therein other than to prepare for trial and for the defense of his/her client. FURTHERMORE, IT IS ORDERED that all materials provided by the government to the attorney for each defendant shall be returned to the United States at the conclusion of that defendant's case by the respective defendant's attorney.

Signed in Galveston, Texas, on this the ____ day of April, 2019.

_____
HONORABLE GEORGE C. HANKS JR.
UNITED STATES DISTRICT JUDGE